UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNLIGHT PRODUCT TECHNOLOGIES, LTD., a Hong Kong Corporation, and DAVID JOSEPH BUNEVACZ, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MPOWERD INC., a New York Corporation, JACQUES PHILIPPE PIVERGER, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No: 2:15-cv-00126-MWF (JEMx)<br><br>**PRELIMINARY INJUNCTION** |

　　　Plaintiff Sunlight Product Technologies, Ltd.'s ("Sunlight") Motion for Preliminary Injunction ("Motion") was heard by the Court on March 9, 2015, at 10:00 a.m.  Having fully considered the Motion and related papers, and having heard the oral argument and testimony presented at the hearing, THE COURT FINDS THAT: (1) Sunlight has made a clear showing that it is likely to succeed on the merits of its contention that it is not obligated to arbitrate its dispute with Defendant MPOWERD, Inc.; (2) Sunlight has shown that it is suffering, and will continue to suffer, irreparable harm if the requested relief is not granted, and (3) the balance of

1

the equities and the public interest weighs in favor of Sunlight on the present application for a preliminary injunction.

Accordingly, IT IS HEREBY ORDERED as follows:

A preliminary injunction is entered enjoining Defendant MPOWERD, Inc., from further proceeding against Sunlight in the matter entitled *Mpowerd, Inc. v. Bunevacz*, AAA Case No. 50 152 T 00016 14, currently proceeding in the American Arbitration Association's International Center for Dispute Resolution in New York, N.Y.

Dated: March 24, 2015

MICHAEL W. FITZGERALD
United States District Judge