JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/24/2017

CENTRAL DISTRICT OF CALIFORNIA
BY:      CW      DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SUNLIGHT PRODUCT
TECHNOLOGIES, LTD., a Hong Kong
Corporation,

            Plaintiff,

vs.

MPOWERD INC., a New York
corporation,

            Defendant

AND RELATED CROSS-ACTIONS

Case No. 2:15-CV-00126-MWF-JEM

**ORDER GRANTING JOINT
STIPULATION OF DISMISSAL
WITH PREJUDICE**

Judge: Hon. Michael W. Fitzgerald

Having reviewed the Joint Stipulation of Dismissal with Prejudice, and good cause appearing therefore, the Court now rules as follows:

**IT IS HEREBY ORDERED** that:

1. All claims, third-party claims, and counterclaims between Plaintiff Sunlight Product Technologies, Third-Party Defendants Blue Ox Industrial Co. Ltd., Todd Metlen, and Eli Probst, and Defendant and Counterclaimant MPOWERD, Inc. are dismissed with prejudice; and

2. Each party is to bear its own costs, expenses, and attorneys' fees with respect to this legal action.

Dated:  March 24, 2017

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE